UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY CHISHOLM** | **CIVIL ACTION** |
| **VERSUS** | |
| **THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA** | **NO.: 18-00728-BAJ-RLB** |

## FINAL JUDGMENT

Considering the Court's Ruling granting the Motion for Summary Judgment filed by The Guardian Life Insurance Company of America, and denying the Motion for Summary Judgment filed by Plaintiff' Wendy Chisholm's (doc. 41),

**IT IS ORDERED AND ADJUDGED** that Judgement is entered in favor of Defendant, The Guardian Life Insurance Company of America, and against Plaintiff, Wendy Chisholm, and this action is hereby **DISMISSED.**

Baton Rouge, Louisiana, this 20th day of April, 2020.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**