## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**WENDY CHISHOLM,**
    **Plaintiff,**

**VERSUS**

**THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,**
    **Defendant**

**CIVIL ACTION**

**NO. 18-728-BAJ-RLB**

## NOTICE OF APPEAL

Notice is hereby given that Wendy Chisholm, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on the 21st day of April 2020.

    Respectfully submitted,

    MARC WHITEHEAD & ASSOCIATES,
        ATTORNEYS AT LAW, L.L.P.

By:   _/s/ Madison T. Donaldson___
      Madison T. Donaldson
      TX Bar No. 24105812
      Federal ID No. 3151467
      403 Heights Blvd
      Houston, Texas 77007
      Phone: (713) 228-8888
      Facsimile: (713) 225-0940
      madison@marcwhitehead.com
      *admitted Pro Hac Vice*

      ATTORNEY FOR PLAINTIFF,
      WENDY CHISHOLM